IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON PHILLIPS, | ) | |
| | ) | Civil Action No. 05 - 1314 |
| Plaintiff, | ) | |
| | ) | Judge David S. Cercone / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| TOWNSHIP OF CUMBERLAND and | ) | |
| WILLIAM LEWIS, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Defendants filed an Answer in the above captioned action on December 1, 2005. Therefore,

**IT IS ORDERED** this 19th day of December, 2005, a Scheduling Conference is set before the undersigned for **January 11, 2006 at 2:30 PM** in Suite 301 of the United States Post Office and Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219.

**IT IS FURTHER ORDERED** that the parties shall file a report pursuant to Local Rule 26(f) as well as a joint proposed initial scheduling order, in compliance with the practices and procedures of the undersigned[1], no later than **January 4, 2006.**

BY THE COURT:

s/ Lisa Pupo Lenihan
LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

---

[1] http://www.pawd.uscourts.gov/Documents/Public/Reference/Lenihan.pdf

cc: Jeffrey D. Abramowitz
Greg Moore Associates
121 West Second Street
Greensburg, PA 15601

Dennis M. Makel
P.O. Box 4193
Washington, PA 15301